UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FIORITO,<br><br>    Petitioner,<br><br>    v.<br><br>BREWER,<br><br>    Respondent. | No. 2:23-cv-0206 AC P<br><br><br>ORDER |

Petitioner is a federal prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 19.

On January 31, 2024, respondent filed a motion to dismiss the petition. ECF No. 41. On March 18, 2024, petitioner was ordered to file and serve, within twenty-one days, an opposition or statement of non-opposition to the pending motion. ECF No. 42. In the same order, petitioner was informed that failure to file an opposition would result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Id. The twenty-one-day period has now expired, and petitioner has not filed a response to the motion or otherwise responded to the court's order.

////

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

DATED: April 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE